IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNIE HAMILTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:09cv357-WHA ) |
| DIRECTV, INC., et al., | ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Dismiss (Doc. #66), filed on January 27, 2010, and for good cause shown, it is hereby ORDERED as follows:

1. The Plaintiff's Motion to Dismiss is GRANTED.

2. This case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 27th day January, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE